435 A.2d 1322

Thomas, etc. v. Shuman, Appellant.

Argued April 20, 1981. Robert E. Bull, for appellant; C. Cleveland Hummel, for appellee.

Before WICKERSHAM, MONTEMURO and WATKINS, JJ.

Order of the lower court is affirmed.

July 24, 1981.

435 A.2d 1322

A. F. T., Inc. v. Robert Builders, Inc., Appellant.

Bethel Park Electric v. Robert Builders, Inc., Appellant.

Submitted February 11, 1981. John A. Tumolo, for appellant; John F. Becker, for A. F. T., Inc., appellee; Thomas E. Lippard, for Bethel, appellee.

Before BROSKY, DiSALLE and SHERTZ, JJ.

Orders affirmed.